Geoffrey C. Angel
**ANGEL LAW FIRM**
**803 West Babcock**
**Bozeman, Montana 59715**
**Telephone (406) 922-2210**
**Facsimile (406) 922-2211**
**christianangel@hotmail.com**

**Attorney for Plaintiff**

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| **FAMILY OF HELENA, INC. d/b/a FIESTA MEXICANA,** | Cause Number CV-16-066-H-SEH |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **ARCH INSURANCE COMPANY** and its third party administrator **GALLAGHER BASSETT SERVICES, INC.,** | |
| Defendants. | |

**COMES NOW** the plaintiff Family of Helena, Inc. d/b/a Fiesta Mexicana, by and through its counsel of record Geoffrey C. Angel, and hereby gives notice the parties have reached a settlement of this claim and are in the process of preparing settlement documents upon which the matter will be dismissed with prejudice.

DATED this 15th day September 2016

/s/ Geoffrey C. Angel
Geoffrey C. Angel
ANGEL LAW FIRM
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of September 2016 I caused a true and correct copy of the foregoing document to be served upon the opposing party or counsel by electronic filing and via United States Mail, First Class mail, postage prepaid and addressed as follows:

Tammy Wyatt-Shaw
Hammer, Quinn and Shaw
P.O. Box 7310
Kalispell, Montana 59901

ANGEL LAW FIRM


/s/ Geoffrey C. Angel
Geoffrey C. Angel
ANGEL LAW FIRM
Attorney for Plaintiff