IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| FAMILY OF HELENA, INC. d/b/a FIESTA MEXICANA, Plaintiff, vs. ARCH INSURANCE COMPANY and its third party administrator GALLAGHER BASSETT SERVICES, INC., Defendants | Cause No.: CV-16-066-H-SEH<br><br>ORDER OF DISMISSAL WITH PREJUDICE |
|---|---|

Pursuant to written Stipulation by and between the parties hereto, through their respective counsel, that the above-entitled action has been fully and finally compromised and settled upon the merits,

IT IS HEREBY ORDERED, that the above-entitled cause be, and the same is hereby dismissed, with prejudice, each party to bear its own costs and attorney fees.

DATED this 6th day of October, 2016

Sam E. Haddon
United States District Court Judge

1